# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA STROYEK | : | CIVIL ACTION |
| v. | : | |
| WAL-MART STORES, INCORPORATED, WAL-MART STORES EAST, LP and WAL-MART STORE # 2365 | : | NO. 18-1453 |

## ORDER

**NOW**, this 10th day of July, 2018, upon consideration of the defendant's Motion to Transfer Venue for *Forum Non Conveniens* (Document No. 14), it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.